ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| AGVIQ, LLC | ) ASBCA Nos. 61988, 62632 |
| | ) |
| Under Contract No. N62470-12-D-7004 | ) |

APPEARANCES FOR THE APPELLANT:    S. Lane Tucker, Esq.
    Connor R. Smith, Esq.
    Stoel Rives, LLP
    Anchorage, AK

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Matthew S. Hawkins, Esq.
    Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. These appeals are dismissed with prejudice.

Dated: September 16, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61988, 62632, Appeals of AGVIQ, LLC, rendered in conformance with the Board's Charter.

Dated: September 16, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals